MA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Anne Cutler** | ) | |
| | ) | |
| **Plaintiff** | ) | Case No. 14cv10408 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| **Gregory D. Wasson et al** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Enter Stipulation and Order Temporarily Staying Action. Status hearing set for 5/28/15 is stricken.

Dated: May 18, 2015

_____
REBECCA R. PALLMEYER
United States District Judge