UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Anne Cutler
                        Plaintiff,

v.                                                     Case No.: 1:14–cv–10408
                                                        Honorable Rebecca R. Pallmeyer

Gregory D. Wasson, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 19, 2015:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pending a ruling on the motion to dismiss in a related class action, motions in this case [35, 37, 39] are stricken without prejudice to renewal. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.