UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNE CUTLER, Derivatively on Behalf of, WALGREEN CO., <br><br> Plaintiff, <br><br> v. <br><br> GREGORY D. WASSON, JAMES A. SKINNER, WILLIAM C. FOOTE, STEFANO PESSINA, ALAN G. MCNALLY, NANCY M. SCHLICHTING, ALEJANDRO SILVA, STEPHEN A. DAVIS, MARK P. FRISSORA, GINGER L. GRAHAM, DAVID J. BRAILER, DOMINIC P. MURPHY, JANICE M. BABIAK, WADE D. MIQUELON, and DAVID Y. SCHWARTZ, <br><br> Defendants, <br><br> – and – <br><br> WALGREEN CO., an Illinois corporation, <br><br> Nominal Defendant. | Case No. 1:14-cv-10408 <br><br> Judge Rebecca R. Pallmeyer <br><br> **SUGGESTION OF DEATH AND STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE PLAINTIFF** |

WHEREAS, on December 29, 2014, plaintiff Anne Cutler filed a shareholder derivative complaint (the "Complaint") derivatively on behalf of Walgreen Co. ("Walgreens" or the "Company") alleging violations of state and federal law by certain of the Company's current and former officers and directors (with Walgreens, "Defendants");

WHEREAS, on or about November 4, 2018, Ms. Cutler died;

WHEREAS, Ms. Cutler's son, Corey Cutler, has been appointed as Personal Representative of the Estate of Anne Shirley Cutler;

WHEREAS, plaintiff's counsel has represented that Ms. Cutler owned shares in Walgreens jointly with her son, Mr. Cutler, in a tenancy in common prior to her death; Ms. Cutler's interest

- 1 -

in the Walgreens shares passed to the Estate upon her death, such that the Estate and Mr. Cutler now jointly own the shares in a tenancy in common; and Ms. Cutler and the Estate thus have held an interest in the shares continuously throughout this litigation;

WHEREAS, Corey Cutler as Personal Representative of the Estate of Anne Shirley Cutler is willing and able to substitute in as plaintiff in this derivative action pursuant to Rule 25(a) of the Federal Rules of Civil Procedure;

WHEREAS, Defendants consent to the substitution; and

WHEREAS, the parties submit that this substitution will not delay or otherwise affect the schedule of this action nor is it intended to prejudice any party;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel of record and subject to approval of the Court, as follows:

1. Corey Cutler as Personal Representative of the Estate of Anne Shirley Cutler shall be substituted as plaintiff in this action.

2. The caption for this action shall be updated to reflect Corey Cutler as Personal Representative of the Estate of Anne Shirley Cutler as the named plaintiff.

3. By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein.

**IT IS SO ORDERED.**

May 31, 2019

DATED: _____

_____
HONORABLE REBECCA R. PALLMEYER
UNITED STATES DISTRICT JUDGE

**IT IS SO STIPULATED:**

SIDLEY AUSTIN LLP

*s/ James W. Ducayet* (with permission)
JAMES W. DUCAYET (No. 6236997)
KRISTEN R. SEEGER (No. 6278416)
JOHN M. SKAKUN III (No. 6297636)
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
jducayet@sidley.com
kseeger@sidley.com
jskakun@sidley.com

*Attorneys for Nominal Defendant Walgreen Co.*

RILEY SAFER HOLMES
 & CANCILA LLP

*s/ Thomas B. Quinn* (with permission)
THOMAS B. QUINN
ELI LITOFF
Three First National Plaza
70 West Madison St. Suite 2900
Chicago, IL 60602
312-471-8770
tquinn@rshc-law.com
elitoff@rshc-law.com

*Attorneys for Defendants Gregory D. Wasson, James A. Skinner, William C. Foote, Stefano Pessina, Alan G. McNally, Nancy M. Schlichting, Alejandro Silva, Steven A. Davis, Mark P. Frissora, Ginger L. Graham, David J. Brailer, Dominic P. Murphy, Janice M. Babiak, and David Y. Schwartz*

ROBBINS ARROYO LLP

*s/ Ashley R. Rifkin*
ASHLEY R. RIFKIN*
BRIAN J. ROBBINS
KEVIN A. SEELY (No. 199982)
LEONID KANDINOV*
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
kseely@robbinsarroyo.com
arifkin@robbinsarroyo.com
lkandinov@robbinsarroyo.com

*admitted pro hac vice

LAW OFFICES OF NORMAN RIFKIND
Norman Rifkind
100 East Huron, #1306
Chicago, IL 60611
Telephone: (847) 372-4747

VITA LAW OFFICES P.C.
RICHARD J. VITA
100 State Street, 9th Floor
Boston, MA 02109
Telephone: (617) 426-6566
Facsimile: (617) 249-2119
rjv@vitalaw.com

*Attorneys for Plaintiff Anne Cutler and [proposed] substitute Plaintiff Corey Cutler as Personal Representative of the Estate of Anne Shirley Cutler*

WILSON SONSINI GOODRICH & ROSATI

*s/ Caz Hashemi* (with permission)
CAZ HASHEMI
JESSICA L. SNORGRASS
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-3075
chashemi@wsgr.com
jsnorgrass@wsgr.com

LAURENCE H. LEVINE LAW OFFICES
LAURENCE H. LEVINE
189 East Lake Shore Drive
16th Floor
Chicago, IL 60611
Telephone: (312) 927-0625
laurence.levine@lhlevine.com

*Attorneys for Defendant Wade D. Miquelon*